IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:23CR223-1 |
| | ) | |
| CHAUNCEY ALEXANDER HOLLIS | ) | |

## ORDER

This matter comes before the Court for the appointment of counsel to represent Defendant in this matter. The Court will appoint counsel pending further review of Defendant's Financial Affidavit.

**IT IS THEREFORE ORDERED** that CJA Panel Attorney Curtis High is appointed to represent Defendant in this action pending further review of Defendant's Financial Affidavit.

This, the 21st day of February, 2024.

/s/ Joe L. Webster
United States Magistrate Judge