UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| V. | )    1:23CR223-1 |
| | ) |
| CHAUNCEY ALEXANDER HOLLIS, | ) |
|     Defendant. | ) |

## NOTICE OF APPEARANCE

NOW COMES, J. Darren Byers, attorney at law, licensed to practice in the Middle District of North Carolina and informs the Court that he has been retained by the Defendant, Chauncey Alexander Hollis. The said attorney further gives notice to the Court that he makes a general appearance as Counsel of Record in the case.

This the 26th day of February 2024.

Counsel for Defendant

/s/ J. Darren Byers
J. Darren Byers, Esquire
NC State Bar No. 20479
**The Law Offices of J. Darren Byers**
224 S. Cherry Street
Winston-Salem, NC  27101
jdbyers@jdbyers.com
Telephone: (336)727-1070
Fax: (336)727-1085

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | 1:23CR223-1 |
| ) | |
| CHAUNCEY ALEXANDER HOLLIS, ) | |
| Defendant. ) | |

## CERTIFICATE OF SERVICE

The undersigned, counsel of record for Defendant, does hereby certify on this, I hereby certify that on the 26th day of February 2024, I electronically filed the foregoing NOTICE OF APPEARANCE for Defendant Chauncey Alexander Hollis with the Clerk of Court for the United States District Court of the Middle District of North Carolina, using the CM/ECF system, which will send notification of such filing to the following:

Ashley E. Waid
Assistant United States Attorney
NCSB#52441
United States Attorney's Office
Middle District of North Carolina
101 S. Edgeworth St., 4th Floor
Greensboro, NC 27401
Ashley.waid@usdoj.gov

Counsel for Defendant

/s/ J. Darren Byers
J. Darren Byers, Esquire
NC State Bar No. 20479
**The Law Offices of J. Darren Byers**
224 S. Cherry Street
Winston-Salem, NC  27101
jdbyers@jdbyers.com
Telephone:   (336)727-1070
Fax:            (336)727-1085