AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina

F.D 2216239

FILED IN THIS OFFICE
FEB 26 2024
Clerk U.S. District Court
Greensboro, NC
BY AJ

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 1:23CR223-1 |
| CHAUNCEY ALEXANDER HOLLIS | ) | |
| | ) | |
| | ) | |
| Defendant | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* CHAUNCEY ALEXANDER HOLLIS,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
Conspiracy to Defraud the United States in violation of 18:371

***Bail has been recommended by the United States Attorney in the amount of $100,000.00 unsecured, travel restricted to the Middle District of North Carolina, report on a regular basis to the United States Probation Office, refrain from possessing a firearm or any other dangerous weapon and actively seek employment.***

Date: 06/27/2023

John S. Brubaker, Clerk of Court
*Issuing officer's signature*

City and state: Greensboro, North Carolina

/s/Leah J. Garland, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on (date) 06-27-2023, and the person was arrested on (date) 02-17-2024
at (city and state) GREENSBORO, NORTH CAROLINA

RECEIVED
JUN 27 2023
US Marshals Service. M NC

Date: 02-17-2024

PIEDMONT TRIAD INTERNATIONAL P.D.
*Arresting officer's signature* PTI P.D.

A.E. JOYNER - OFFICER
*Printed name and title*