# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF NORTH CAROLINA

United States of America
Plaintiff(s)

v.

CHAUNCEY ALEXANDER HOLLIS
Defendant(s)

**EXHIBIT AND WITNESS LIST**

Case Number: 1:23-cr-00223-UA-1

| Presiding Judge | | | | Plaintiff's Attorney | Defendant's Attorney |
|---|---|---|---|---|---|
| Judge Webster | | | | Ashley Waid, AUSA | James Darren Byers |
| **Hearing Date:** | | | | **Court Reporter** | **Courtroom Deputy** |
| 2/27/2024 | | | | Proceedings Recorded | Donita M. Kemp |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | X | 2/27/2024 | | | Chauncey Alexander Hollis, Jr. (witness) |
| | X | 2/27/2024 | | | Nima Azam (witness) |
| | X | 2/27/2024 | | | Razak Ologunevi (witness) |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Case 1:23-cr-00223-TDS    Document 22    Filed 02/27/24    Page 1 of 1