# UNITED STATES DISTRICT COURT

### MIDDLE DISTRICT OF NORTH CAROLINA

United States of America
        Plaintiff(s)

v.

CHAUNCEY ALEXANDER HOLLIS
        Defendant(s)

**EXHIBIT AND WITNESS LIST**

Case Number: 1:23-cr-00223-UA-1

| Presiding Judge | Plaintiff's Attorney | Defendant's Attorney |
|---|---|---|
| Judge Webster | JoAnna McFadden, AUSA | James Darren Byers |
| **Hearing Date:** | **Court Reporter** | **Courtroom Deputy** |
| 3/4/2024 | Proceedings Recorded | Donita M. Kemp |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| X | | 3/4/2024 | | | USPO, Jennifer Thompson-Graves (witness) |