IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | 1:23CR223 |
| | : | |
| HOLLIS, ET AL | : | |

NOTICE OF APPEARANCE

NOW COMES the United States of America by and through Sandra J. Hairston, United States Attorney for the Middle District of North Carolina, and gives Notice of Appearance in the above-captioned case, and states to the Court the following:

Nicole R. DuPré is entering as counsel in the case of <u>United States v. Hollis, et al,</u> 1:23CR223. She is to be served with any electronic or manual filings in this case.

This, the 4th day of March, 2024.

        Respectfully submitted,

        SANDRA J. HAIRSTON
        United States Attorney


        /S/ NICOLE R. DUPRÉ
        Assistant United States Attorney
        NCSB #41214
        United States Attorney's Office
        Middle District of North Carolina
        251 N. Main Street, Suite 726
        Winston-Salem, NC 27101
        Phone: 336/333-5351

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | 1:23CR223 |
| | : | |
| HOLLIS, ET AL | : | |

CERTIFICATE OF SERVICE

I hereby certify that on March 4, 2024, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notice of filing to CM/ECF participants.

/S/ NICOLE R. DUPRÉ
Assistant United States Attorney
NCSB #41214
United States Attorney's Office
Middle District of North Carolina
251 N. Main Street, Suite 726
Winston-Salem, NC 27101
Phone: 336/333-5351