IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA  )
                          )
        v.                )    1:23CR223-1
                          )
CHAUNCEY ALEXANDER HOLLIS  )

**ORDER ALLOWING MOTION TO WITHDRAW AS COUNSEL OF RECORD**

This matter is before the court on the motion made by Curtis R. High, Esq., appointed CJA counsel, seeking leave to withdraw as counsel for the Defendant. (Doc. 24.)

A review of the record indicates the Defendant has retained James Darren Byers, Esq., who has entered his appearance on February 26, 2024. (Doc. 19.) The court concludes that Mr. High should be granted an Order allowing him leave to withdraw as counsel of record for the Defendant.

IT IS THEREFORE ORDERED that the motion filed by Attorney Curtis R. High, Esq., is ALLOWED and that Mr. High is granted leave to withdraw as counsel of record for the Defendant.

/s/   Thomas D. Schroeder
United States District Judge

March 4, 2024