UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | 1:23CR223-1 |
| ) | |
| CHAUNCEY ALEXANDER HOLLIS, ) | |
| Defendant. ) | |

## MOTION TO EXTEND DEADLINE TO FILE MOTIONS

By Scheduling Order and Standard Discovery Requests entered February 1, 2024, the Court set a Motions deadline in this case for March 18, 2024. The defense received new discovery on March 15, 2024, that he is discussing with the defendant. Due to the volume of the discovery anticipated, Counsel for Defendant respectfully requests that this deadline be extended for 7 days, additional time be allowed for filing pretrial motions. This Motion is filed without objection from Assistant U.S. Attorney Ashley E. Waid.

WHEREFORE, the Defendant respectfully requests that the Court extend the deadline for filing Pretrial Motions deadline currently set for March 18, 2024.

This the 18th day of March, 2024.

Counsel for Defendant

/s/ J. Darren Byers
J. Darren Byers, Esquire
NC State Bar No. 20479
**The Law Offices of J. Darren Byers**
224 S. Cherry Street
Winston-Salem, NC  27101
jdbyers@jdbyers.com
Telephone:	(336)727-1070
Fax:	(336)727-1085