IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | 1:23CR223-1 |
| ) | |
| CHAUNCEY ALEXANDER HOLLIS ) | |

## ORDER

This matter comes before the Court on the Government's Motion to Revoke Conditions of Defendant's Pretrial Release (Docket Entry 46) pursuant to 18 U.S.C. § 3148. In the Motion, the Government asks the Court to issue a warrant for Defendant's arrest and to set this matter for a hearing regarding revocation of Defendant's pretrial release based on the charge that Defendant has violated the conditions of his pretrial release. The Court has reviewed the Motion and will issue a warrant for Defendant's arrest pursuant to § 3148(b).

**IT IS THEREFORE ORDERED** that the Government's Motion (Docket Entry 46) is **GRANTED** and that a Warrant for Arrest of the Defendant shall be issued contemporaneously with this Order, and that upon Defendant's arrest, the Clerk is directed to notify the undersigned and a hearing will be scheduled pursuant to § 3148(b).

This, the 27th day of August, 2024.

/s/ Joe L. Webster
United States Magistrate Judge