IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | 1:23CR223-1 |
| | : | |
| CHAUNCEY ALEXANDER HOLLIS | : | |

## MOTION TO CONTINUE SENTENCING

NOW COMES the United States, by and through Sandra J. Hairston, United States Attorney for the Middle District of North Carolina, and moves the Court to continue the sentencing in this matter, stating as follows:

1. The defendant, Chauncey Alexander Hollis, was charged in one count of a three-count indictment, with conspiracy to defraud the United States, in violation of Title 18, United States Code, Section 371, in connection with obtaining, and trying to obtain, fraudulent small business loans that were made available during the COVID-19 pandemic. (Dkt. #1). The defendant pleaded guilty.

2. On July 5, 2024, the United States Probation Office ("USPO") issued a Memorandum and Notice of Apparent Violation, which alleged that the defendant submitted a urine screen on May 31, 2024 that was positive for cocaine. (Dkt. #36). USPO recommended that the defendant remain under the same conditions of release, and the court

allowed the defendant to remain out of custody. (*Id.*; Text Order 7/8/2024).

3. On July 25, 2024, USPO issued a second Memorandum and Notice of Apparent Violation, which alleged (1) that the defendant was the subject of interest in a hit and run that occurred on May, 24, 2024, and (2) that the defendant was arrested on July 20, 2024 for misdemeanor driving under the influence. (Dkt. #39).

4. On August 1, 2024, the court held a hearing regarding the violations and ultimately allowed the defendant to stay out on release as his sentencing hearing was scheduled for August 2 (the next day). (*See* Minute Entry 8/1/2024).

5. The next day, the defendant's sentencing hearing was commenced but was ultimately continued until September 11, 2024, for various reasons, including to allow USPO more time to obtain information concerning the hit and run accident in which the defendant was the subject. Again, the defendant was allowed to remain out on conditions of release. (*See* Minute Entry 8/2/2024).

6. On August 26, 2024, USPO issued a third Memorandum and Notice of Apparent Violation, which alleged the defendant submitted to a urine screen on August 8, 2024 which tested positive for the presence of cocaine. (Dkt. #45). USPO recommended that the Court issue a

warrant for the defendant's arrest. The United States thereafter applied for, and the Court issued, a warrant for the defendant's arrest. (Dkt. ## 46-48)

7. On August 28, 2024, deputies with the United States Marshals Service in the Central District of California arrested the defendant, and the defendant has been detained since that date.

8. On September 10, 2024, personnel with the United States Marshals Service advised that it will be unable to transport the defendant here in time for his sentencing hearing scheduled for September 11, 2024 and that it may take a few more weeks until transport is complete.

9. Counsel for the United States consulted with defense counsel on this matter, and defense counsel did not take a position.

Based on the foregoing, the government respectfully requests that the Court postpone this matter until the first or second week of October 2024, except for the morning of October 1 or October 3.

This the 10th day of September, 2024.

    SANDRA J. HAIRSTON
    United States Attorney

    /S/ ASHLEY E. WAID
    Assistant United States Attorney
    NCSB #52441
    United States Attorney's Office
    101 S. Edgeworth St., 4th Floor

3

Case 1:23-cr-00223-TDS     Document 51     Filed 09/10/24     Page 3 of 5

Greensboro, NC 27401
336/333-5351

CERTIFICATE OF SERVICE

I hereby certify that on September 10, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

JD Byers, Esq.

/S/ ASHLEY E. WAID
Assistant United States Attorney
NCSB #52441
United States Attorney's Office
Middle District of North Carolina
101 S. Edgeworth St., 4th Floor
Greensboro, NC 27401
Phone: 336/333-5351