# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA

    v.

                                                      Case Number:    1:23CR223-1

CHAUNCEY ALEXANDER HOLLIS

## NOTICE OF HEARING

Take notice that a proceeding in this case has been **SET** as indicated below:

| | |
|---|---|
| **PLACE:** | Hiram H. Ward Bldg., 251 N. Main St., Winston-Salem, NC |
| **COURTROOM NO:** | 2 |
| **DATE & TIME:** | October 29, 2024-2:30 p.m. |
| **PROCEEDING:** | Sentencing |

_____

John S. Brubaker, Clerk

By: /s/ Anita Engle, Deputy Clerk

Date: September 13, 2024

TO:    U.S. Attorney
          U.S. Marshal
          Chief, U.S. Probation Officer
          James Darren Byers, Attorney