# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA

    v.

CHAUNCEY ALEXANDER HOLLIS

Case Number:    1:23CR223-1

# NOTICE OF RESCHEDULING

Take notice that the above-entitled case set for **Sentencing** on October 29, 2024, at 2:30 p.m. **has been rescheduled to October 31, 2024 at 11:00 a.m. before Judge Thomas D. Schroeder in Winston-Salem, N.C., Courtroom No. 2**.

---

John S. Brubaker, Clerk

By: /s/ Anita Engle, Deputy Clerk

Date: October 2, 2024

TO:    U.S. Attorney
        U.S. Marshal
        Chief, U.S. Probation Officer
        James Darren Byers, Attorney

The attorney is responsible for notifying the defendant of the above proceeding.