# UNITED STATES DISTRICT COURT

**MIDDLE** DISTRICT OF **CAROLINA**

UNITED STATES OF AMERICA

V.

CHAUNCEY ALEXANDER HOLLIS

**EXHIBIT AND WITNESS LIST**

Case Number: 1:23CR223-1

| PRESIDING JUDGE WEBSTER | PLAINTIFF'S ATTORNEY ERIC IVERSON, AUSA | DEFENDANT'S ATTORNEY JAMES BYERS |
|---|---|---|
| TRIAL DATE (S) 10/3/2024 | COURT REPORTER RECORDED | COURTROOM DEPUTY ROBIN WINCHESTER |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| X | | 10/3/24 | - | - | SONYA SCHROEDER, USPO |
| | 1 | | 10/3/24 | | USPO Memorandum (SEALED) Doc. 50 on docket sheet |
| | 2 | | 10/3/24 | | Affidavit of Tonalaya D. Green |
| | X | 10/3/24 | | | CHAUNCEY HOLLIS |
| 1 | | | 10/3/241 | 10/3/24 | Screen shots of defendant from his Facebook account total of 11 pages |
| | 3 | | 10/3/24 | 10/3/24 | Documents (6 pages) |
| | 4 | | 10/3/24 | 10/3/24 | Contract for the amount of $115,000.00 |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages