UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | 1:23CR223-1 |
| ) | |
| CHAUNCEY ALEXANDER HOLLIS, ) | |
| Defendant. ) | |

## **MOTION TO WITHDRAW**

I, J. Darren Byers, counsel for the Defendant, Chauncey Alexander Hollis, hereby move to withdraw as counsel of record. Defendant filed some form of pleading on 10/30/2024. The form titled "Affirmation of Truth Affidavit", has allegations that require that counsel withdraw.

This the 30th day of October, 2024.

        Counsel for Defendant

        /s/  J. Darren Byers
        J. Darren Byers, Esquire
        NC State Bar No. 20479
        **The Law Offices of J. Darren Byers**
        224 S. Cherry Street
        Winston-Salem, NC  27101
        jdbyers@jdbyers.com
        Telephone:	(336)727-1070
        Fax:	(336)727-1085